UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MICHAEL WILLIAM MINICK**                                    Case No. **13-06729-BKC-3G7**

_____**Debtor(s).**_____

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2003 Chevy Express Van, VIN - 1GBFG15X031235003, and 2002 Mitsubishi Lancer, VIN-JA3AJ86E82U061447, for the total sum of $3,504.00, payable in twelve monthly installments of $292.00 per month to the trustee, commencing March 1, 2014. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less the $1,000.00 the debtor(s) claimed exempt towards the 2003 Chevy Express Van. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated February **12**, 2014.

GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on February **12**, 2014.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MICHAEL WILLIAM  MINICK**                    Case No.  **13-06729-BKC-3G7**

                    **Debtor(s).**

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on February 12, 2014,  a copy of Trustee's Notice of

Intent to Sell at Private Sale was mailed by using the CM/ECF system which will send a notice of

the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-

CM/ECF participants as listed on the attached matrix.

Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

bel Matrix for local noticing
3A-3
se 3:13-bk-06729-PMG
ddle District of Florida
cksonville
d Feb 12 10:36:54 EST 2014

Florida Dept. of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

chael William Minick
52 Beaumont Court
ange Park, FL 32065-6369

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CACH LLC
4340 S. Monaco St.
Unit 2
Denver, CO 80237-3408

pital One
). Box 30281
lt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

CitiCards
P.O. Box 6241
Sioux Falls, SD 57117-6241

ay County Tax Collector
st Office Box 218
een Cove Springs FL 32043-0218

Community First CU
P.O. Box 2600
Jacksonville, FL 32232-0077

Community First Credit Union
P.O. Box 2304
Jacksonville, FL 32203-2304

nvergent Outsourcing
). Box 9004
nton, WA 98057-9004

Credit First NA
PO Box 818011
Cleveland OH 44181-8011

Credit First NA/ Firestone
P.O. Box 81083
Cleveland, OH 44181-0083

)DISCOVER FINANCIAL SERVICES LLC
 BOX 3025
W ALBANY OH 43054-3025

Emerg. Med Spec. of Jax
P.O. Box 863026
Orlando, FL 32886-3026

Financial Corp of America
P.O. Box 203500
Austin, TX 78720-3500

orida Dept. of Revenue
nkruptcy Unit
). Box 6668
llahassee, FL 32314-6668

GFS Inc.
101 S. 5th Street #100
Columbia, MO 65201-4216

HSBC- Household Finance
961 Weigel Drive
Elmhurst, IL 60126-1050

alth Diagnostic Labs
7 N 5th Street, #103
chmond, VA 23219-1441

Inpatient Consultants of FL
P.O. Box 513500
Los Angeles, CA 90051-3500

Law Office of Andreu & Palma
701 SW 27th Avenue
Suite 900
Miami, FL 33135-3000

llie Mae
). Box 9635
lkes Barre, PA 18773-9635

St. Vincent Ambulatory Care
P.O. Box 848457
Boston, MA 02284-8457

St. Vincent's Medical Center
1 Shircliff Way
Jacksonville, FL 32204-4799

. Vincent's Pathology
). Box 144333
lando, FL 32814-4333

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2476

Zakheim & Lavrar PA
1045 South University Drive
Suite 202
Fort Lauderdale, FL 33324-3333

egory K. Crews +
84 Arlington Expressway
cksonville, FL 32211-8003

United States Trustee - JAX 13/7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

Travis Parrott +
Christian Smith & Associates, P.A.
4711 US Hwy 17 S
Suite 2
Fleming Island, FL 32003-8211


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


nk of America
61 Piedmont Pkwy
eensboro, NC 27410-8110

Discover
P.O. Box 15316
Wilmington, DE 19850


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


)Gregory K. Crews +
84 Arlington Expressway
cksonville, FL 32211-8003

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33